FILED
AUG 29 2019
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | 4:19CR705 RWS/JMB |
| ) | |
| TAMECIA BUCKLEY AND ) | |
| ANTOINETTE DAVIS, ) | |
| ) | |
| Defendants. ) | |

## INDICTMENT

The Grand Jury charges:

### COUNT 1

(Aggravated Identity Theft)

On or April 14, 2019, in the Eastern District of Missouri, the defendant,

**ANTOINETTE DAVIS,**

being aided and abetted by persons known and unknown to the Grand Jury, did knowingly possess, transfer, and use, without lawful authority, a means of identification, that being, the name and account number of L.W., during and in relation to the commission of the felony offenses of: access device fraud, Title 18, United States Code, Section 1029(a)(2); mail fraud, Title 18, United States Code, Section 1341; social security fraud, Title 42, United States Code, Section 408(a); and, using an assumed and fictitious name and address, Title 18, United States, Code, Section 1343.

In violation of Title 18, United States Code, Sections 1028A and 2.

## COUNT 2

(Aggravated Identity Theft)

On or about April 22, 2019, in the Eastern District of Missouri, the defendant,

**TAMECIA BUCKLEY,**

being aided and abetted by persons known and unknown to the Grand Jury, did knowingly possess, transfer, and use, without lawful authority, a means of identification, that being, the name and account number of S.B., during and in relation to the commission of the felony offenses of: access device fraud, Title 18, United States Code, Section 1029(a)(2); mail fraud, Title 18, United States Code, Section 1341; social security fraud, Title 42, United States Code, Section 408(a); and, using an assumed and fictitious name and address, Title 18, United States, Code, Section 1343.

In violation of Title 18, United States Code, Sections 1028A and 2.

## COUNT 3

(Aggravated Identity Theft)

On or about April 23, 2019, in the Eastern District of Missouri, the defendant,

**ANTOINETTE DAVIS,**

being aided and abetted by persons known and unknown to the Grand Jury, did knowingly possess, transfer, and use, without lawful authority, a means of identification, that being, the

name and account number of S.B., during and in relation to the commission of the felony offenses of: access device fraud, Title 18, United States Code, Section 1029(a)(2); mail fraud, Title 18, United States Code, Section 1341; social security fraud, Title 42, United States Code, Section 408(a); and, using an assumed and fictitious name and address, Title 18, United States, Code, Section 1343.

In violation of Title 18, United States Code, Sections 1028A and 2.

## COUNT 4

(Aggravated Identity Theft)

On or about April 25, 2019, in the Eastern District of Missouri, the defendant,

**TAMECIA BUCKLEY,**

being aided and abetted by persons known and unknown to the Grand Jury, did knowingly possess, transfer, and use, without lawful authority, a means of identification, that being, the name and account number of S.B., during and in relation to the commission of the felony offenses of: access device fraud, Title 18, United States Code, Section 1029(a)(2); mail fraud, Title 18, United States Code, Section 1341; social security fraud, Title 42, United States Code, Section 408(a); and, using an assumed and fictitious name and address, Title 18, United States, Code, Section 1343.

In violation of Title 18, United States Code, Sections 1028A and 2.

## COUNT 5

(Access Device Fraud)

On or about April 14, 2019, in the Eastern District of Missouri, the defendant,

**ANTOINETTE DAVIS,**

being aided and abetted by persons known and unknown to the Grand Jury in a matter affecting interstate commerce, did knowingly and with intent to defraud use, and attempt to use, unauthorized access devices, that is: a fraudulently obtained Sprint account number issued in the name of L.W. to obtain merchandise with an aggregate value exceeding $1,000.00, that being $4,731.57.

In violation of Title 18, United States Code, Sections 1029(a)(2), (b)(1), and 2.

## COUNT 6

(Access Device Fraud)

Between on or about April 22, 2019 and April 25, 2019, in the Eastern District of Missouri, the defendants,

**TAMECIA BUCKLEY
AND
ANTOINETTE DAVIS,**

being aided and abetted by one another and persons known and unknown to the Grand Jury in a matter affecting interstate commerce, did knowingly and with intent to defraud use, and attempt to use, unauthorized access devices, that is: a fraudulently obtained Sprint account number in the

name of S.B. to obtain merchandise with an aggregate value exceeding $1,000.00, that being $6,803.74.

In violation of Title 18, United States Code, Sections 1029(a)(2), (b)(1), and 2.

### COUNT 7

(Access Device Fraud)

On or about April 30, 2019, in the Eastern District of Missouri, the defendant,

**TAMECIA BUCKLEY,**

in a matter affecting interstate commerce, did knowingly and with intent to defraud use, and attempt to use, unauthorized access devices, that is: a fraudulently obtained Sprint account number issued in the name of V.B. to obtain merchandise with an aggregate value exceeding $1,000.00, that being $2,875.50.

In violation of Title 18, United States Code, Sections 1029(a)(2), (b)(1), and 2.

A TRUE BILL.

_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney

_____
TRACY LYNN BERRY - 014753 TN
Assistant United States Attorney